[No. 7059-6-II. Division Two. March 6, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. NORMAN R. PRENTICE, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 82-1-00182-4, John H. Kirkwood, J.,

entered May 6, 1983. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Alexander, JJ.